JS 44 (Rev. 12/13)

**CIVIL COVER SHEET**

17-CV-0629

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Sondra Williams | Scott & Associates, PC    17    0629 |
| **(b)** County of Residence of First Listed Plaintiff  Delaware | County of Residence of First Listed Defendant |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
| Antranig Garibian, Esq. Garibian Law Offices, PC 1800 JFK Blvd, Suite 300, Philadelphia, PA 19103 215-326-9179, ag@garibianlaw.com | |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | | | ❏ 840 Trademark | ❏ 460 Deportation ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) ❏ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights ❏ 555 Prison Condition ❏ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Debt Collection Practices Act - 15 USC 1692 et seq.

Brief description of cause:
Improper collection efforts regarding harassing and deceptive collection letter

| VII. REQUESTED IN COMPLAINT: | ❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:  ❏ Yes  ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

FEB 10 2017

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 02/07/2017 | |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

Case 2:17-cv-00629-CMR  Document 1  Filed 02/10/17  Page 2 of 11

 **UNITED STATES DISTRICT COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Sondra Williams 1463 W. Stonington Drive Downingtown, PA 19335

**17   0629**

Address of Defendant: Scott & Asssociates, PC 1120 Metrocrest Drive, Suite 100 Carrollton, TX 75006

Place of Accident, Incident or Transaction: Improper collection efforts regarding harassing and misleading collection letter
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☑

Does this case involve multidistrict litigation possibilities?    Yes☐  No☑
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
    Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
    Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify)   15 USC Sect. 1692 et seq. - FDCPA

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

I, Antranig Garibian , counsel of record do hereby certify:
☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 2/7/17 _____ _____   94538
                    Attorney-at-Law            Attorney I.D.#   FEB 10 2017

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/7/17 _____ _____   94538
                    Attorney-at-Law            Attorney I.D.#

CIV. 609 (5/2012)

CMR

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Sondra Williams | : | CIVIL ACTION |
| v. | : | 17   0629 |
| Scott & Associates, PC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                                                         ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                                                                               ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                                                                                                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.               (✓)

| | | |
|---|---|---|
| 2/7/17 | Antranig Garibian, Esq. | Sondra Williams |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-326-9179 | 267-238-3707 | ag@garibianlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FEB 10 2017

```
Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE154793
Cashier ID: stomas
Transaction Date: 02/13/2017
Payer Name: GARIBIAN LAW OFFICES PC
----------------------------------
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
CIVIL FILING FEE
 For: GARIBIAN LAW OFFICES PC
 Amount:        $400.00
----------------------------------
PAPER CHECK CONVERSION
 Remitter: GARIBIAN LAW OFFICES PC
 Check/Money Order Num: 1189
 Amt Tendered:  $2,800.00
----------------------------------
Total Due:      $2,800.00
Total Tendered: $2,800.00
Change Amt:     $0.00

17-CV-628 TO 632, 642, 643


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.
```

CMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------x

SONDRA WILLIAMS

                     Plaintiff,

   -v-

SCOTT & ASSOCIATES, PC

                  Defendant.

------------------------------------------------------------x

**CIVIL ACTION NO.**

**COMPLAINT**

17   0629

# FILED

FEB 1 0 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

Plaintiff Sondra Williams ("Plaintiff" or "Williams") by and through her attorneys,

Garibian Law Offices, P.C., as and for her Complaint against Defendant Scott & Associates, PC

("Defendant") respectfully sets forth, complains and alleges, upon information and belief, the

following:

### JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C.

    § 1692 *et seq.* and 28 U.S.C. § 2201.

2.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

3.  Plaintiff brings this action for damages arising from the Defendant's violation(s) of 15 U.S.C.

    § 1692 *et seq.*, commonly known as the Fair Debt Collections Practices Act ("FDCPA").

### PARTIES

4.  Plaintiff is a resident of the Commonwealth of Pennsylvania, County of Chester, residing at

    1463 W. Stonington Drive, Downington, PA 19335.

5.  Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in

the FDCPA, with an address at 1120 Metrocrest Drive, Suite 100, Carrollton, TX 75006.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

8. The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9. On or around June 27, 2016, Defendant sent an initial contact notice to Plaintiff. See **Exhibit A** annexed hereto.

10. When a debt collector solicits payment from a consumer, it must, within five days of an initial communication, send the consumer the following information:

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of the judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

2

(5) a statement that, upon the consumer's written request within the thirty-day period, the

debt collector will provide the consumer with the name and address of the original

creditor, if different from the current creditor. 15 U.S.C. § 1692g(a).

This is commonly known as the "g notice".

11. The FDCPA further provides that "if the consumer notifies the debt collector in writing

within the thirty day period . . . that the debt, or any portion thereof, is disputed . . . the

debt collector shall cease collection . . . until the debt collector obtains verification of the

debt . . . and a copy of such verification is mailed to the consumer by the debt collector."

15 U.S.C. § 1692g(b).

12. Although a collection letter may track the statutory language, "the collector nevertheless

violates the Act if it conveys that information in a confusing or contradictory fashion so

as to cloud the required message with uncertainty." Russell v. EQUIFAX A.R.S., 74 F.3d

30, 35 (2d Cir. 1996) ("It is not enough for a debt collection agency to simply include the

proper debt validation notice in a mailing to a consumer-- Congress intended that such

notice be clearly conveyed."). Put differently, a notice containing "language that

'overshadows or contradicts' other language informing a consumer of her

rights . . . violates the Act." Russell, 74 F.3d at 34.

13. The first paragraph of the letter states "As you know Asset Acceptance, LLC obtained a

**JUDGMENT** against you.  The current balance is $10,536.48.  What you may not realize

is that Asset Acceptance, LLV can renew this Judgment forever.  **It may never go**

**away**."

14. This language completely overshadows the "G-Notice" and coerces the consumer not to

exert her rights under the Fair Debt Collection Practices Act because the consumer

3

believes her only option is to pay the debt, fearing the consequences of the ***judgment that may never go away*** (emphasis added).

15. Further, this language is harassing and intimidating to the least sophisticated consumer who would be confused as to their rights under the FDCPA.

16. This abusive language caused Plaintiff to become extremely upset and disheartened due to the extremely difficult financial struggle she is enduring.

17. As a result of Defendant's deceptive, misleading and unfair debt collection practices described above, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

19. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692d, 1692e, 1692e(2), 1692e(5), 1692e(10) and 1692f.

20. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

    a)    For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

    b)    For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

    c)    For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

4

d)     A declaration that Defendant's practices violated the FDCPA; and

e)     For any such other and further relief, as well as further costs, expenses and

disbursements of this action as this Court may deem just and proper.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

Antranig Garibian, Esq.
PA Bar No. 94538
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
ag@garibianlaw.com
*Counsel for Plaintiff, Sondra Williams*

# EXHIBIT A



# SCOTT & ASSOCIATES PC

Alabama • Mississippi • South Carolina • Tennessee • Texas • Virginia
ATTORNEYS AT LAW

| | | |
|---|---|---|
| *Mailing Address:*<br>PO Box 115220<br>Carrollton, Texas 75011-5220 | *Home Office*<br>1120 Metrocrest Dr , Suite 100<br>Carrollton, Texas 75006-5862<br>June 27, 2016 | Toll Free: (800) 570-3499<br>Hours of Operation (CST)<br>Monday-Friday  8:00AM-6:00PM<br>helpdesk@spalaw.com |

Re:    Judgment Owed To:        Asset Acceptance, LLC
       Current Balance:         $10,536.48
       Our Account Number:      AAL-927879

Dear Ms. Williams,

This law firm represents Asset Acceptance, LLC in connection with the above-stated judgment. As you know, Asset Acceptance, LLC obtained a **JUDGMENT** against you. The current balance is $10,536.48. What you may not realize is that Asset Acceptance, LLC can renew this Judgment forever. *It may never go away.*

If you cannot pay the full amount, you will need to call our office to make suitable payment arrangements. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the balance due.

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to us at 1120 Metrocrest Dr, Suite 100, Carrollton, TX 75006-5862, email us at helpdesk@spalaw.com, or call us toll-free at (866) 298-3155 between 8:00 A.M. and 6:00 P.M. CST, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave , N.W., Washington, D.C. 20580.

Please call us at your earliest opportunity so that we can resolve this matter. Our number is (800) 570-3499.

                                         Sincerely,
                                         Scott & Associates, P.C.

* This law firm is a debt collector and this is an attempt to collect a debt. Any information obtained from you will be used by this law firm for that purpose. Unless you dispute the validity of the debt, or any portion thereof, within thirty days after you receive this letter, we will assume that the debt is valid. If, within this thirty-day period, you notify this law firm that the debt, or any portion thereof, is disputed, the firm will obtain verification of the debt or a copy of a judgment, and a copy of such verification or judgment will be mailed to you by the firm. If, within this same thirty-day period, you make a written request that the firm provide to you the name and address of the original creditor, if different from the current creditor, the firm will also do so.

## PAYMENT COUPON

* * * Please Detach the Lower Portion and Return with your Payment in the Enclosed Envelope * * *

---

PO Box 115220
Carrollton TX  75011-5220

ADDRESS SERVICE REQUESTED

June 27, 2016

Sondra Williams
1463 W Stonington Dr
Downingtown PA 19335-6503

Our File No.: AAL-927879

__ I am enclosing $10,536.48 to settle this Judgment
__ I will pay $439.02 per month towards this Judgment and my first payment is enclosed.
__ I would like to be contacted about this Judgment
   My Phone Number is: (        )

Please make your check payable to:
**Michael J Scott, P.C. -- IOLTA Account**

Scott & Associates, PC
Attorneys at Law
PO Box 113297
Carrollton  TX  75011-3297