# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA WILLIAMS, | ) |
| Plaintiff, | ) C.A. No. 2:17-CV-00629-CMR |
| v. | ) |
| SCOTT & ASSOCIATES, P.C., | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses Scott & Associates, P.C., from this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian, Esq. (Bar No. 94538)
1800 John F. Kennedy Boulevard
Suite 300
Philadelphia, PA  19103
(215) 326-9179

Dated:  June 22, 2017